UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BRANDON CRUZ, by his parents and natural
guardians Zulma Rivera and Carlos Cruz,

                Plaintiff,

- against -

THE CITY OF NEW YORK, "JOHN" MAYE, the
first name being unknown, and "JOHN DOE,"
the name being fictitious and presently
unknown, being detectives employed by the
City of New York Police Department

                Defendants.
-------------------------------------------------------------X

AFFIDAVIT OF SERVICE
07-CV-6545 (DAB)(THK)

STATE OF NEW YORK    )
                          : SS.  :
COUNTY OF KINGS     )

        SHERRY RAMDATH, being duly sworn deposes and says:

        That on July 26, 2007, I served the SUMMONS AND COMPLAINT upon Michael Cardozo, Assistant Corporation Counsel and attorney for defendant City of New York, at 100 Church Street, New York, New York, that being the address within the State theretofore designated for that purpose, by personally delivering a copy thereto as evidenced by the date/time stamp appearing on the annexed copy of the Summons and the first page of the Complaint.

                                                              Sherry Ramdath

Sworn to before me this
27th day of July, 2007

Matthew Flamm
Notary Public State of New York
Registration No. 02FL4994806
Qualified in Kings County
Commission Expires 6/9/2010

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE BATTS**

BRANDON CRUZ, by his parents and natural guardians Zulma Rivera and Carlos Cruz,

Plaintiff,

**07 CIV 6545**

**SUMMONS IN A CIVIL CASE**

- against -

THE CITY OF NEW YORK, "JOHN" MAYE, the first name being unknown, and "JOHN DOE," the name being fictitious and presently unknown, being detectives employed by the City of New York Police Department

Defendants.

To: THE CITY OF NEW YORK, 100 Church Street, New York, NY 10007; "John" Maye and "John Doe"

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

MATTHEW FLAMM, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*[signature]*
DEPUTY CLERK

JUL 2 0 2007
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BRANDON CRUZ, by his parents and natural
guardians Zulma Rivera and Carlos Cruz,

                      Plaintiff,

          - against -

THE CITY OF NEW YORK, "JOHN" MAYE, the
first name being unknown, and "JOHN DOE,"
the name being fictitious and presently
unknown, being detectives employed by the
City of New York Police Department

                      Defendants.

-----------------------------------------------------------------x



JUDGE BATTS

'07 CIV 6545

COMPLAINT

RECEIVED
JUL 20 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Jury Trial Demanded

      BRANDON CRUZ, by his parents and natural guardians Zulma Rivera and Carlos Cruz, by Matthew Flamm, Esq., alleges the following upon information and belief as his Complaint:

### Nature of the Action

    1.    This civil rights action arises from the November 3, 2006 unlawful arrest and abuse of Brandon Cruz. Mr. Cruz was fifteen years of age and returning home from school when the two individual defendants enlisted him against his will as a decoy in a dangerous law enforcement operation. Plaintiff seeks declaratory relief pursuant to 28 U.S.C. §2201 as well as compensatory and punitive damages for violation of his civil rights under 42 U.S.C. §1983.

### Jurisdiction and Venue

    2.    This action arises under the United States Constitution and 42 U.S.C. §1983. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and §1343(3). Plaintiff asserts jurisdiction over the City of New York under 28 U.S.C. §1367. Plaintiff requests that this Court exercise pendent jurisdiction over those state law claims arising out of the same common nucleus of operative facts as do plaintiff's federal claims.