```
------------------------------------------------------------X
BRANDON CRUZ,
              Plaintiff,

        - against -

THE CITY OF NEW YORK, et al.,
              Defendant
------------------------------------------------------------X
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6545 (DAB)(THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute:* | __ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | __ | Habeas Corpus |
| | Settlement* | __ | Social Security |
| | | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| __ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All such motions: ____ |

MICROFILMED JAN 1 4 2008 -3 00 PM

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          January 10, 2008

                                   *Deborah A. Batts*
                                   United States District Judge

Returned to chambers for scanning on 1/31/08.
Scanned by chambers on _____.