```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BRANDON CRUZ,                       :
                                    :
                 Plaintiff,         :
                                    :
       -against-                    :   07 Civ. 06545 (DAB)(THK)
                                    :
                                    :   SCHEDULING ORDER
THE CITY OF NEW YORK, et al.,       :
                                    :
                                    :
                 Defendants.        :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and the parties having participated in a pretrial conference; it is hereby ORDERED:

1. Plaintiff shall file his Amended Complaint by March 13, 2008.

2. All discovery shall be completed by August 1, 2008.

3. The parties shall appear for a settlement conference in Courtroom 17D on **March 21, 2008** at 10:00 a.m.

4. The following rules shall govern all pretrial activity in this case:

If any discovery disputes arise during this case, the parties must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/7/08]

within three days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: March 7, 2008
       New York, New York