UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

Brandon Cruz,

                                             Plaintiff,

            -against-

The City Of New York, "John" Maye, the first name being
unknown, and "John Doe" the name being fictitious and
presently unknown, being detectives employed by the City
of New York Police Department,

                                             Defendants.

------------------------------------------------------------------- x

**NOTICE OF
APPEARANCE OF
COUNSEL ON BEHALF
OF DEFENDANTS**

07 CV 6545 (DAB)(THK)

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Rachel

Seligman Weiss, appears as counsel on behalf of defendants the City of New York and William

Maye and requests to receive notice of all docket events via the Electronic Case Filing system.

Please take notice that defendants substitute as counsel and as attorney of record Rachel

Seligman Weiss in the place and stead of Lisa Rabinowitz.  Please remove Lisa Rabinowitz from

all further Electronic Case Filing notifications in this matter.  All papers and Electronic Case

Filing notifications in this matter should henceforth be served on Rachel Seligman Weiss, at the

address listed below.

I certify that I am admitted to practice before this Court.


Dated:  New York, New York
        March 11, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of
                                          the City of New York
                                          Attorney for Defendants
                                          100 Church St., Room 3-226
                                          New York, New York  10007
                                          Tel: (212) 788-0784
                                          Fax: (212) 788-9776
                                          rseligman@law.nyc.gov

                                          By: _____
                                               Rachel Seligman Weiss
                                               Assistant Corporation Counsel
                                               Special Federal Litigation Division

07 CV 6545 (DAB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Brandon Cruz,

                                                  Plaintif
                                                  f,

                        -against-

The City Of New York, "John" Maye, the first
name being unknown, and "John Doe" the name
being fictitious and presently unknown, being
detectives employed by the City of New York
Police Department,

                                                  Defendants.

------------------------------------------------------------------X

### NOTICE OF APPEARANCE

**_MICHAEL A. CARDOZO_**
_Corporation Counsel of the City of New York_
Attorney for Defendants
100 Church Street, Room 3-226
New York, N.Y. 10007

_Of Counsel: Rachel Seligman Weiss_

_Due and timely service is hereby admitted._

_New York, N.Y._ ......................................, 200......

................................................................. _Esq._