```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BRANDON CRUZ,

                    Plaintiff,

       - against -                          07 Civ. 6545 (DAB)
                                            ADOPTION OF REPORT
                                            AND  RECOMMENDATION
THE CITY OF NEW YORK, et al.,
                    Defendants.
----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon the July 15, 2008 Report and Recommendation ("Report") of United States Magistrate Judge Theodore H. Katz. Because Plaintiff Cruz is a minor, Judge Katz conducted an Infant's Compromise Hearing, pursuant to Local Civil Rule 83.2. Judge Katz concludes that the settlement terms are "eminently fair to Plaintiff Brandon Cruz."

    According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b) (stating that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). No objections to said Report and Recommendation have been filed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/23/08

Having reviewed the Report and Recommendation, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Theodore H. Katz, dated July 15, 2008, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Upon entry of the Infant's Compromise Order, the Clerk of Court is directed to CLOSE the docket for this case.


SO ORDERED.
DATED:    New York, New York
          July 23, 2008

                                    _____
                                    Deborah A. Batts
                                    United States District Judge