UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

BRANDON CRUZ, by his parents and natural
guardians Zulma Rivera and Carlos Cruz,

Plaintiff,

- against -

THE CITY OF NEW YORK, WILLIAM MAYE
and KEVIN MURPHY, being detectives
employed by the City of New York Police
Department,

Defendants.

----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/23/08

INFANT'S
COMPROMISE ORDER
07-CV-6545 (DAB)(THK)

ZULMA RIVERA, the mother and natural guardian of plaintiff BRANDON CRUZ,
having moved for an Order authorizing and empowering her to compromise BRANDON
CRUZ's claims herein,

Upon the reading and filing of the annexed affidavit of ZULMA RIVERA, the mother
and natural guardian of the minor, BRANDON CRUZ, sworn to on April 3, 2008, the
declaration of MATTHEW FLAMM, Esq., dated April 3, 2008; and

An infant's compromise hearing having been held before the Honorable Theodore H.
Katz on June 26, 2008; and

It appearing that BRANDON CRUZ was born on December 11, 1990, and it further
appearing that the best interests of the infant will be served by the settlement and
compromise, and due deliberation having been had herein, and upon all past papers and
proceedings herein;

NOW, on motion of MATTHEW FLAMM, attorney for plaintiff, it is

ORDERED, that ZULMA RIVERA, the mother and natural guardian of the infant,
BRANDON CRUZ, be and is hereby permitted to enter into a compromise and settlement of
the infant's claims for relief for the sum of THIRTY THOUSAND DOLLARS ($30,000.00), to be
paid by defendant City of New York; and it is further

ORDERED, that out of said sum, attorney for plaintiff, MATTHEW FLAMM, ESQ., is to receive the sum of TEN THOUSAND DOLLARS ($10,000.00) as and for his compensation herein; and it is further

ORDERED, that the balance, to wit, the sum of TWENTY THOUSAND DOLLARS ($20,000.00) shall be deposited with a bank in an interest bearing account in the name of ZULMA RIVERA, as mother and natural guardian of BRANDON CRUZ, to the credit of said infant, and to be held for the sole use and benefit of the infant in an account paying the highest rate of interest available, until the infant reaches the age of eighteen years and it is further;

ORDERED, that the bank is authorized and directed to maintain at least one hundred per cent (100%) of said fund in a form of deposit yielding the highest dividend, providing that said fund shall be in such a form that it will be all available to said infant when he attains the age of eighteen years; and it is further

ORDERED that no withdrawals from the account shall be made except upon the prior Order of this court which Order shall bear the raised seal of the Court and it is further

ORDERED, that when the infant shall have attained the age of eighteen years, upon demand therefore, together with presentation of the proper proof of said age, the bank is directed to pay over to said infant all monies then on deposit in said account, together with any interest accrued thereon; and it is further

ORDERED, that upon full compliance with all of the terms of this Order, the mother and natural guardian is authorized, empowered and permitted to execute and deliver a General Release and any other papers necessary to effectuate the settlement herein; and it is further

ORDERED, that the filing of a bond herein be dispensed with.

ENTER,

Deborah A. Batts
7/23/08